RECEIVED
IN LAKE CHARLES, LA

OCT 31 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAWEL HENRYK PIERZCHALA | : | DOCKET NO. 2:04-cv-230 |
| VS. | : | JUDGE MINALDI |
| CRAIG ROBINSON, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be TRANSFERRED to the Fifth Circuit Court of Appeals in accordance with § 106(c) of the Real ID Act of 2005.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE